| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Name | Race | Race Audit | Attorney | Judge | Case Number | Charge | CI | UC | Address of contact with initial target | Principal or Recruit? |
| 2 | ANDERSON, Carlos | Black | Complete | Monnica Garcia | Herrera | 16-cr-2922-JCH | Guns, Meth | 11438 | | 12600 Central Ave. SE ABQ, NM 87123 - Circle K | Principal |
| 3 | BANKS, Adrian | Black | Complete | Amy Sirignano | Herrera | 16-cr-2926-JCH | Guns | 11438 | | | |
| 4 | BOWMAN, Janet | Black | Complete | John Samore | Armijo | 16-cr-3206-MCA | Meth | 2478 | M.R. | | |
| 5 | BROWN, Jovas | Black | Complete | Chuck Knoblauch | Johnson | 16-cr-2913-WJ | Meth, Crack | 9097, 3302 | | | |
| 6 | BROWN, London | Black | Complete | Ian King | Browning | 16-cr-2932-JB | Guns | 11438 | | | |
| 7 | BURNS, Shawn Anthony | Black | Complete | J.D. Herrera | Vazquez | 16-cr-2360-MV | Crack | | | | |
| 8 | CARR, Maurice | Black | Complete | Steve McCue | Herrera | 16-cr-2908-JCH | Guns | 11438 | A.B.=5096 | | |
| 9 | CASANOVA, Yusef | Black | Complete | Brian Pori | Parker | 16-cr-2917-JAP | Guns, Meth | 3302 | R.J. | 6901 Zuni Rd. SE ABQ, NM 87108 - Allsup's | Recruit |
| 10 | CHESTNUT, Paul | Black | Complete - confirmed by Co-D's attorney, Phil Sapien | Unassigned | Johnson | 16-cr-2918-WJ | Meth | 2478 | | 7000 Zuni Rd. SE ABQ, NM - Trendsettas Barbershop and Boutique | Principal |
| 11 | COLEMAN, Diamond | Black | Complete | Aric Elsenheimer | Armijo | 16-cr-2363-MCA | Guns, Meth | 11438 | R.Z. | | Principal |
| 12 | CUNNINGHAM, Dwayne | Black | Complete | Alonzo Padilla | Browning | 16-cr-2930-JB | Meth | | | | |
| 13 | DAVIS, Jesse James | Black | Complete | John Anderson | Armijo | 16-cr-2927-MCA | Meth | 9097 | C.V. | 7817 Central Ave. NE ABQ, NM 87108 - Circle K | Principal |
| 14 | DEVOUAL, Devell | Black | Complete | B.J. Crow | Browning | 16-cr-2930-JB | Meth | | | | |
| 15 | GILES, Damon | Black | Complete | Darrell Allen | Herrera | 16-cr-2926-JCH | Guns, Cocaine | 11438 | C.V. | | Principal |
| 16 | GRANDBERRY, Inkosi | Black | Complete | Darrell Allen | Armijo | 16-cr-2920-MCA | Guns, Heroin | 9097 | | | |
| 17 | GRIFFIN, Willie | Black | Complete | Wayne Baker | Vazquez | 16-cr-2366-MV | Meth | 9097 | | | |
| 18 | HAMMOND, Adrian D. | Black | Complete | Nicole Moss | Parker | 16-cr-3071-JAP | Guns | 2478 | M.R. | | |
| 19 | JACKSON, Lonnie | Black | Complete | John Robbenhaar | Armijo | 16-cr-2362-MCA | Meth | 11438 | Gettler | | |
| 20 | JOHNSON, Davon | Black | Complete | John Samore | Vazquez | 16-cr-2915-MV | Ecstasy | 9097 | A.B. | 7000 Zuni Rd. SE ABQ, NM - Trendsettas Barbershop and Boutique | Principal |
| 21 | JONES, Cody | Black | Complete | Donavon Roberts | Vazquez | 16-cr-2914-MV | Meth | 11438 | Gettler | | Recruit |
| 22 | LANEHAM, Cedric | Black | Complete | Amy Sirignano | Browning | 16-cr-2930-JB | Meth | | | | |
| 23 | LEWIS, Marcus | Black | Complete | Aric Elsenheimer | Herrera | 16-cr-2926-JCH | Cocaine | 11438 | C.V. | | Recruit |
| 24 | RAYFORD, David | Black | Complete | Amy Sirignano | Herrera | 16-cr-2929-JCH | Guns, Meth | 11438 | | | |
| 25 | REVET, Gonzalo | Black | Complete | Ed Bustamante | Vazquez | 16-cr-2366-MV | Meth | | | | |
| 26 | SOWELL, Marcus | Black | Complete | Keith Romero | Herrera | 16-cr-2926-JCH | Guns | 11438 | | | |
| 27 | SWINT, Dustin | Black | Complete | Sylvia Baiz | Vazquez | 16-cr-2914-MV | Meth | 11438 | Gettler | | Recruit |
| 28 | THOMPSON, Keith | Black | Complete | Tom Jameson | Herrera | 16-cr-2697-JCH | Heroin, Meth | 3302 | A.B.=5096 | 3001 University Blvd. SE ABQ, NM 87106 - Kirkland Park | Principal |
| 29 | WILLIAMS, Brent | Black | Complete | Angela Arellanes | Johnson | 16-cr-2913-WJ | Meth, Crack | 9097, 3302 | | | |
| 30 | ANTILLON-PARRA, Fernando | Hispanic | Complete | Margaret Katze | Vazquez | 16-cr-2704-MV | Meth | 11438 | | | |
| 31 | ARAGON, Jonathan | Hispanic | | Rivas, Irma | Johnson | 16-cr-2916-WJ | Heroin, Meth | 2478 | M.R. | | |
| 32 | ARREOLA-PALMA, Luis | Hispanic | Complete | Devon Fooks | Browning | 16-cr-3308-JB | Conspiracy | 2478 | | | |
| 33 | AYALA, Jeneill | Hispanic | | Unassigned | Vazquez | 16-cr-3208-MV | Meth | | | | |
| 34 | BACA, Dominic | Hispanic | | Tom Clear | Johnson | 16-cr-3303-WJ | Heroin | | | | |
| 35 | BARELA, Anthony | Hispanic | Complete | Dan Tallon | Armijo | 16-cr-3206-MCA | Meth | 2478 | M.R. | | |
| 36 | BELTRAN-AHUMADA, Maria Citlaly | Hispanic | Complete | Ken Gleria | Armijo | 16-cr-3206-MCA | Meth | 2478 | M.R. | | |
| 37 | BORREGO, Michael | Hispanic | Complete | Erlinda Johnson | Herrera | 16-cr-2926-JCH | Guns | 11438 | | | |
| 38 | BROWN, Julian | Hispanic | Complete | Steve McCue | Johnson | 16-cr-3212-WJ | Guns, Heroin | 11438 | A.B. | 10000 DeVargas Rd. SW ABQ, NM 87121 - Circle K | Principal |
| 39 | CANDELARIA, Brandon | Hispanic | | Ron Sanchez | Browning | 16-cr-3069-JB | Meth | 2478 | | | |



DEFENDANT'S EXHIBIT E

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40 | CARMONA, Daniel | Hispanic | Complete | Tim Cornish | Browning | 16-cr-3308-JB | Guns, Meth | 2478 | | | |
| 41 | CASTILLO, Cody | Hispanic | | Devon Fooks | Browning | 16-cr-2923-JB | Meth | 2478 | | | |
| 42 | CHACON, Jorge | Hispanic | | Martin Lopez | Armijo | 16-cr-2924-MCA | Guns, Meth | | | | |
| 43 | CORRAL-VALENZUELA, David | Hispanic | Complete | Ben Wilson | Herrera | 16-cr-2919-JCH | Guns, Meth, Reentry | 11438 | R.Z. | | |
| 44 | CORTEZ, Richard | Hispanic | Complete | Ahmad Assed | Armijo | 16-cr-3302-MCA | Meth | 2478 | M.R. | | Recruit |
| 45 | DUARTE, Josue | Hispanic | | John Butcher | Vazquez | 16-cr-3306-MV | Meth | 11438 | R.Z. | | |
| 46 | FLORES, Johnny | Hispanic | Complete | Monnica Garcia | Vazquez | 16-cr-3306-MV | Meth | 11438 | R.Z. | | |
| 47 | GARCIA, Francisco | Hispanic | Complete | Michael Davis | Armijo | 16-cr-2701-MCA | Guns, Meth | 9097 | | | |
| 48 | GARCIA, Jesus Manuel | Hispanic | | Kari Converse | Parker | 16-cr-2925-JAP | Guns, Meth | 11438 | C.V. | | |
| 49 | GONZALES, Phillip Larry | Hispanic | Complete | Wayne Baker | Johnson | 16-cr-3299-WJ | Heroin | 11438 | | | |
| 50 | GRIEGO, Daniel | Hispanic | Complete | Bob Gorence | Armijo | 16-cr-3210-MCA | Cocaine | | | | |
| 51 | GRIEGO, Jonathan | Hispanic | Complete | Devon Fooks | Armijo | 16-cr-3305-MCA | Meth | 2478 | | | |
| 52 | HUNT, Brandon Jason | Hispanic | Complete | Alonzo Padilla | Parker | 16-cr-2696-JAP | Cocaine, Guns | 489 | M.R. | | |
| 53 | LEAL, Gaspar | Hispanic | Complete | Wayne Baker | Browning | 16-cr-3069-JB/16-cr-3308-JB | Meth/Conspiracy | 2478/2478 | | | |
| 54 | LOPEZ, Leo | Hispanic | Complete | Susan Porter | Johnson | 16-cr-3211-WJ | Conspiracy | 9097 | C.V. | | Recruit |
| 55 | LOVATO, Guajira Maya | Hispanic | | Irma Rivas | Armijo | 16-cr-3206-MCA/16-cr-3301-MCA/16-cr-3302-MCA | Meth/Heroin/Meth | 2478 | M.R. | | |
| 56 | LOVATO, Robert Henry | Hispanic | Complete | Michael Alarid | Armijo | 16-cr-2361-MCA | Meth | 11438 | C.V., R.J. | | |
| 57 | LOYA, Daniel | Hispanic | Complete | Ed Bustamante | Armijo | 16-cr-3302-MCA | Meth | 2478 | M.R. | | |
| 58 | LUCERO, Richard | Hispanic | Complete | Aric Elsenheimer | Vazquez | 16-cr-3209-MV/16-cr-3304-MV | Meth/Meth | 2478/11438 | | | |
| 59 | MARQUEZ, Benjamin | Hispanic | Complete | Jackie Robins | Vazquez | 16-cr-3209-MV | Heroin, Meth | 2478 | | | |
| 60 | MARTINEZ, Ray | Hispanic | | Sam Winder | Herrera | 16-cr-2919-JCH | Meth | 11438 | | | |
| 61 | MENDEZ, Larry | Hispanic | Complete | Phil Sapien | Johnson | 16-cr-2918-WJ | Meth | 2478 | | 7000 Zuni Rd. SE ABQ, NM - Trendsettas Barbershop and Boutique | |
| 62 | MONTOYA, Thomas | Hispanic | Complete | Michael Alarid | Vazquez | 16-cr-2931-MV | Meth | 2478 | M.R. | Ojos Locos | |
| 63 | NAHLE, Waldo | Hispanic | | Martin Lopez | Vazquez | 16-cr-3304-MV | Guns, Meth | 11438 | | | |
| 64 | OLIVAS, Rumaldo | Hispanic | Complete | Todd Coberly | Parker | 16-cr-3300-JAP | Meth | | | | |
| 65 | OTERO, Desiree | Hispanic | | Sam Winder | Armijo | 16-cr-3301-MCA | Heroin | 2478 | M.R. | | |
| 66 | PADILLA, Jennifer | Hispanic | Complete | Val Whitley | Johnson | 16-cr-3211-WJ | Conspiracy | 9097 | C.V. | 1218 San Pedro Dr. SE ABQ, NM 87108 - Bucket Headz Southern Home Cookin' (discovery says halfway house) | Principal |
| 67 | PARRA, Jesus | Hispanic | Complete | Art Nieto | Armijo | 16-cr-2910-MCA | Meth | 11438 | | | |
| 68 | PEREA, Abel | Hispanic | Complete | Teri Duncan | Vazquez | 16-cr-3304-MV | Meth | 11438 | | | |
| 69 | PEREZ-CONTRERAS, Antonio | Hispanic | Complete | Michael Alarid | Parker | 16-cr-2925-JAP | Guns, Meth, Reentry | 11438 | C.V. | | |
| 70 | PORRAS, Richard | Hispanic | Complete | J.D. Herrera | Armijo | 16-cr-3305-MCA | Guns, Meth | 2478 | | | |
| 71 | QUEZADA, Ramon | Hispanic | Complete | Molly Schmidt-Nowara | Armijo | 16-cr-2703-MCA | Meth | 3302 | R.J. | | |
| 72 | RAMIREZ, Jesus | Hispanic | Complete | Ken Gleria | Armijo | 16-cr-3305-MCA | Guns, Heroin, Meth | 2478 | | | |
| 73 | RANGEL, Eulalio | Hispanic | Complete | Dan Tallon | Browning | 16-cr-2932-JB | Guns | 11438 | | | |
| 74 | REPSIS, Eric Dean | Hispanic | Complete | Art Nieto | Vazquez | 16-cr-2907-MV | Guns, Meth | 9154 | | | |
| 75 | RIVAS, Juan Jose | Hispanic | | Unassigned | Armijo | 16-cr-3206-MCA | Meth | 2478 | M.R. | | |
| 76 | RUIZ, Margarito | Hispanic | | Unassigned | Herrera | 16-cr-2699-JCH | Guns, Meth | | | | |
| 77 | RUIZ, Ramon | Hispanic | Complete | Alonzo Padilla | Parker | 16-cr-3213-JAP | Crack | 9097 | | | |
| 78 | SANCHEZ, Elias | Hispanic | Complete | Angela Arellanes | Vazquez | 16-cr-2911-MV | Meth | 9097 | | | |
| 79 | SANDOVAL, Matthew | Hispanic | Complete | Wayne Baker | Herrera | 16-cr-2697-JCH | Heroin, Meth | 3302 | A.B.=5096 | | Recruit |
| 80 | SANTIESTEBAN, Angelica Marie | Hispanic | Complete | Sylvia Baiz | Armijo | 16-cr-2912-MCA | Meth | 2478 | | | |

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 81 | SEDILLO, Joshua | Hispanic | | Margaret Katze | Armijo | 16-cr-2703-MCA | Meth | 3302 | R.J. | | |
| 82 | SENA, Joseph | Hispanic | Complete | Stephen Pierce | Johnson | 16-cr-3211-WJ | Meth | 9097 | C.V. | | Recruit |
| 83 | TALAMANTE, Nathan | Hispanic | Complete | Daniel Salazar | Parker | 16-cr-2702-JAP | Heroin, Meth | | | | |
| 84 | TAPIA, Bernadette Aurora | Hispanic | | Tom Jameson | Browning | 16-cr-3069-JB/16-cr-3070-JB | Meth/Meth | 2478/2478 | | | |
| 85 | TAPIA, Candace | Hispanic | Complete | Phil Sapien | Browning | 16-cr-3069-JB | Meth | 2478 | | | |
| 86 | TORREZ, David | Hispanic | | Unassigned | Vazquez | 16-cr-3208-MV | Meth | | | | |
| 87 | ULIBARRI, Felix | Hispanic | | John Butcher | Johnson | 16-cr-3211-WJ | Meth | 9097 | C.V. | | Recruit |
| 88 | URIAS, Noe | Hispanic | | Jerry Walz | Armijo | 16-cr-2912-MCA | Meth | 2478 | | | |
| 89 | VASQUEZ, Carlos | Hispanic | | Kari Converse | Herrera | 16-cr-2700-JCH | Cocaine, Guns, Meth | 3302 | R.J. | | |
| 90 | VILLARREAL, Alex | Hispanic | Complete | Leon Encinias | Herrera | 16-cr-2909-JCH | Guns, Meth | | | | |
| 91 | ZAMORA, Patrick | Hispanic | Complete | Ed Bustamante | Armijo | 16-cr-2912-MCA | Meth | 2478 | | | |
| 92 | TOYA, Letitia | Native American | Complete | Sylvia Baiz | Armijo | 16-cr-2928-MCA | Guns, Meth | 489 | | | |
| 93 | BOYDSTON, Manuel | White | Complete | Erlinda Johnson | Vazquez | 16-cr-2931-MV | Meth | 2478 | M.R. | | |
| 94 | BRIGHT, Joshua | White | Complete | Teri Duncan | Armijo | 16-cr-2927-MCA | Meth | 9097 | C.V. | | Recruit |
| 95 | CROPSEY, Mikai | White | Complete | Ben Wilson | Browning | 16-cr-3070-JB | Meth | 2478 | | | |
| 96 | DILLEY, Timothy | White | Complete | Don Kochersberger | Johnson | 16-cr-2916-WJ | Heroin, Meth | 2478 | M.R. | | |
| 97 | FALES, Eugene | White | Complete | Monnica Garcia | Armijo | 16-cr-2928-MCA | Meth | 489 | | | |
| 98 | HOFER, Jessica | White | Complete | Charles Fisher | Browning | 16-cr-2923-JB | Meth | 2478 | | | |
| 99 | HOHMANN, Tommy | White | | Sam Winder | Herrera | 16-cr-3469-JCH | Guns | | | | |
| 100 | JENSEN, Mike | White | Complete | Ken Gleria | Vazquez | 16-cr-2698-MV | Guns, Meth | 11438 | | | |
| 101 | JUAREZ, Chere | White | Complete | Bob Cooper | Herrera | 16-cr-2929-JCH | Meth | 11438 | | | Recruit |
| 102 | KYLE, Andrew | White | Complete | Aric Elsenheimer | Vazquez | 16-cr-3207-MV | Guns | 10991 | R.Z. | | |
| 103 | PROST, Michael Ryan | White | Complete | Tom Jameson | Vazquez | 16-cr-2698-MV | Meth | 11438 | | | |
| 104 | SHIELDS, Simon | White | Complete | John Butcher | Herrera | 16-cr-2919-JCH | Meth | 11438 | | | |