IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CRIMINAL NO. 16-2363 MCA |
| | ) | CRIMINAL NO. 16-2362 MCA |
| vs. | ) | |
| | ) | |
| **DIAMOND COLEMAN** and | ) | |
| **LONNIE JACKSON**, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER REGARDING DISCLOSURE OF EXHIBITS**
**PRESENTED AT DECEMBER 13, 2017 HEARING**

THIS MATTER having come before the Court because of a request for public disclosure of exhibits introduced into evidence at the December 13, 2017 hearing, and the Court having balanced the public's need of the information against the harm that disclosure will potentially cause to defendants and government informants, FINDS as follows:

Defense exhibits G, L, M, O, and R will be made publicly available upon agreement of the parties as to the scope of further redactions. These redactions will be applied as soon as practicable, and the exhibits will be subject to public disclosure at that time.

Defense exhibit Q is publicly available through the office of the Clerk of the Court.

The remaining defense exhibits, exhibits H, I, J, K, and N, are hereby sealed for the time being because these exhibits consist of reports of investigation (ROI) that pertain to other cases being litigated within the District of New Mexico. Specific descriptions of these exhibits are as follows:

- Defense Exhibit H includes ROIs numbered 5, 6, 13, 21, and 27 in the cases of *United States v. Jorge Chacon,* 16-CR- 2924 MCA; *United States v. Brent Williams, et al*, 16-CR-2913 WJ; *United States v. David Rayford, et al,* 16-CR-2929 JCH; and *United States v. London Brown, et al*, 16-CR-2932 JB.

- Defense Exhibit I includes ROIs numbered 10 and 14 in the cases of *United States v. Gaspar Leal, et al*, 16-CR-3069 JB, and *United States v. Bernadette Tapia, et al*, 16-CR-3070 JB.

- Defense Exhibit J includes ROI number 6 in the case of *United States v. Inkosi Grandberry*, 16-CR-2920 MCA.

- Defense Exhibit K includes ROIs numbered 2 through 5 in the case of *United States v. Willie Griffin, et al*, 16-CR-2366 MV.

- Defense Exhibit N includes ROI number 10 in the case of *United States v. Waldo Nahle, et al*, 16-CR-3304 MV.

The Court hereby ORDERS the Clerk of the Court to file this order in the above-referenced cases, as follows:

The Court further ORDERS that counsel for each defendant in the above-referenced cases be given fourteen days from the date this Order is entered to inform the Court, by letter, as to the position of each of the above-named defendants with regard to disclosure of the aforementioned exhibits that apply to that defendant.

Counsel for each of the above-named defendants shall respond to the Court regarding this instant matter by submitting a written, e-mail response to the Court's proposed text box. The Court will then publicly file the response of each defendant who could potentially be affected by disclosure of the aforementioned exhibits.

THE HONORABLE M. CHRISTINA ARMIJO
CHIEF UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

JAMES D. TIERNEY
Acting United States Attorney

KIMBERLY A. BRAWLEY
Assistant United States Attorney

APPROVED BY:

JOHN ROBBENHAAR
Counsel for Lonnie Jackson

ARIC ELSENHEIMER
Counsel for Diamond Coleman